USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 2/1/17

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

ROY JONES, et al.,

Plaintiffs,

-against-

PARTY CITY HOLDCO, INC., et al.,

Defendants.

---------------------------------------------------------X

15 **CIVIL** 9080 (LAK)

**JUDGMENT**

Defendants having moved to dismiss the Consolidated Amended Complaint ("CAC") for failure to state a claim upon which relief may be granted, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on February 1, 2017, having rendered its Memorandum Opinion granting Defendants' motions to dismiss the CAC, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated February 1, 2017, Defendants' motions to dismiss the CAC are granted.

**Dated:** New York, New York
February 1, 2017

**RUBY J. KRAJICK**

______________________________
**Clerk of Court**

**BY:** K Mango
______________________________
**Deputy Clerk**